Opinion by LAWRENCE, J. In accordance with stipulation of counsel that the merchandise consists of bicycle horns and sirens similar in all material respects to those the subject of *G. Joannou Cycle Co., Inc.* v. *United States* (46 Cust. Ct. 172, C.D. 2253), the claim of the plaintiffs was sustained.

**No. 66995.**—Engis Equipment Company *v.* United States, protest 266275–K/7249 (Chicago).

Opinon by LAWRENCE, J. In accordance with stipulation of counsel that the merchandise consists of instruments similar in all material respects to those the subject of Abstract 64440, the claim of the plaintiff was sustained.

BEFORE THE THIRD DIVISION, AUGUST 28, 1962

**No. 66996.**—Capitol Distributors Corp. Trans. et al. *v.* United States, protests 197547–K, etc. (New York).

Opinion by RICHARDSON, J. In accordance with stipulation of counsel that the merchandise and issues are similar in all material respects to those involved in *United States* v. *R. C. Williams & Co., Inc.* (40 C.C.P.A. 130, C.A.D. 508), and *Austin, Nichols & Co., Inc.* v. *United States* (22 Cust. Ct. 33, C.D. 1155), the claim of the plaintiffs was sustained.

BEFORE THE SECOND DIVISION, AUGUST 30, 1962

**No. 66997.**—Hercules Div. Amer. Machine & Fdry. *v.* United States, protests 62/1412 and 62/1416 (Philadelphia).

Opinion by LAWRENCE, J. In accordance with stipulation of counsel that the merchandise and issues herein are similar in all material respects to those the subject of *United States* v. *Schmidt Pritchard & Co. et al.* (47 C.C.P.A. 152, C.A.D. 750), the claim of the plaintiff was sustained.

**No. 66998.**—Empire Findings Co., Inc. *v.* United States, protests 60/21214, 60/24265, and 60/28989 (New York).

Opinion by LAWRENCE, J. In accordance with stipulation of counsel that the merchandise consists of percussion hammers similar in all material respects to those the subject of *Arthur Salm, Inc.* v. *United States* (46 Cust. Ct. 68, C.D. 2235), the claim of the plaintiff was sustained.

AUGUST 27, 1962

**No. 66999.**—APPEAL 5090.—Robert G. Lynch Co. *v.* United States.—

—C.D. 2272 affirmed April 11, 1962. C.A.D. 799.

BEFORE THE SECOND DIVISION, SEPTEMBER 5, 1962

**No. 67000.**—Seedman International Corp. *v.* United States, protest 61/9138 (San Francisco).

Opinion by LAWRENCE, J. In accordance with stipulation of counsel that the merchandise and issues herein are similar in all material respects to those the subject of *United States* v. *Schmidt Pritchard & Co. et al.* (47 C.C.P.A. 152, C.A.D. 750), the claim of the plaintiff was sustained.